IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHAN THIGPEN, #191396, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-719-WKW |
| | ) | [WO] |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 12, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 22.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 22) is ADOPTED.

(2) This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A separate final judgment will be entered.

DONE this 4th day of May, 2021.

/s/ W. Keith Watkins
United States District Judge